# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVANATE MILSAP, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-21-610-R |
| RICK WHITTEN, | ) |
| Respondent. | ) |

## ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On February 16, 2022, Judge Purcell issued a Report and Recommendation wherein he recommended that the Petition be denied. (Doc. No. 23). The record reflects that Petitioner has not objected to the Report and Recommendation nor sought an extension of time in which to file his objection. Accordingly, the Report and Recommendation is ADOPTED IN ITS ENTIRETY AND THE PETITION IS DENIED. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 22nd day of March 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE